NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LI LU,<br><br>        Plaintiff,<br>   v.<br><br>MICHAEL CHERTOFF, as Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of U.S. Citizen and Immigration Services; ROBERT S. MUELLER, Director of Federal Bureau of Investigation,<br><br>        Defendants.<br>_____/ | No. C06-07928 HRL<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS WITH LEAVE TO AMEND**<br><br>[Re: Docket No. 7] |

Pro se plaintiff Li Lu filed this action, alleging that defendants improperly handled and delayed the processing of her I-485 application to adjust her immigration status to that of a lawful permanent resident.[1]  Shortly thereafter, her application was adjudicated; and, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), defendants moved for an order dismissing this action as moot.  Li Lu does not dispute that claims concerning her I-485 application are now moot.  She nevertheless contends that the instant lawsuit is not moot because the I-485 application of her husband, Yi Li, is still pending.  Her husband's application is mentioned in the body of the complaint; however, Li Lu acknowledges that she is the only named plaintiff.  Moreover, the complaint, as currently pled, seeks relief only as to her application.

---

[1] Pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, all parties have expressly consented that all proceedings in this matter may be heard and finally adjudicated by the undersigned.

1  At the May 1, 2007 motion hearing, the court discussed the possibility of permitting the
2  filing of an amended pleading adding Yi Li as a plaintiff.  The government requested, and was
3  given, one week to file an opposition brief on the issue.  No opposition was filed, and defense
4  counsel has confirmed with the court that defendants do not object to the filing of an amended
5  pleading.  Accordingly, IT IS ORDERED THAT:

6  1. Defendants' motion to dismiss is GRANTED WITH LEAVE TO AMEND.  Li
7  Lu's claims as to her I-485 application are DISMISSED AS MOOT.  However, she will be
8  given leave to file an amended pleading which (a) adds her husband, Yi Li, as a plaintiff and (b)
9  sets forth all allegations upon which he bases his claim(s) for relief.  The amended pleading
10 shall be filed **no later than May 24, 2007**.

11 2. The initial case management conference, currently set for May 15, 2007, **is
12 continued to July 10, 2007, 1:30 p.m. in Courtroom 2**.  The parties shall file a Joint Case
13 Management Statement **no later than July 3, 2007**.

14 Dated:    May 10, 2007

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**A copy of this document will be mailed to:**

Li Lu
121 Merano Drive
San Jose, CA 95134


Edward A. Olsen
United States Attorney's Office
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102


Dated:   5/10/07                    /s/
                            Chambers of Magistrate Judge Lloyd

3