SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

**\*ORDER E-FILED:  8.7.2007\***

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LI LU and YI LI, ) | No. C 06-7928 HRL |
| ) | |
| Plaintiffs, ) | |
| ) | **STIPULATION TO DISMISS; AND** |
| v. ) | ~~[PROPOSED]~~ **ORDER** |
| ) | |
| MICHAEL CHERTOFF, as Secretary of the ) | |
| Department of Homeland Security; ) | |
| EMILIO T. GONZALEZ, Director of U.S. ) | |
| Citizen and Immigration Services; ) | |
| ROBERT S. MUELLER, Director of ) | |
| Federal Bureau of Investigation, ) | |
| ) | |
| Defendants. ) | |

  Plaintiffs, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiffs' adjustment of status applications (Form I-485).

  Each of the parties shall bear their own costs and fees.

///

///

STIPULATION TO DISMISS
C06-7928 HRL                                    1

| | | |
|---|---|---|
| 1 | Date: August 6, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | _____/s/_____<br>EDWARD A. OLSEN |
| 6 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 7 | | |
| 8 | Date: July 31, 2007 | _____/s/_____ |
| 9 | | LI LU<br>YI LI |
| 10 | | Pro Se |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 7, 2007

_____
HOWARD R. LLOYD
United States Magistrate Judge

STIPULATION TO DISMISS
C06-7928 HRL                                          2